UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYAN DANDOLPH,[1]

    Plaintiff,

v.                                  Case No.: 3:25-cv-01240-BJD-MCR

PGA TOUR ENTERPRISES, LLC,

    Defendant.

_____

### DEFENDANT'S DISCLOSURE STATEMENT UNDER RULE 7.1 FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☒ No.

   ☐ Yes, and

       ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

       ☐ The filer has no parent corporation.

       ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

---

[1] TPC Sawgrass never employed "Ryan Dandolf." Defendant's counsel has asked Plaintiff's counsel to amend the Complaint to identify former TPC Sawgrass employee Ryan Randolph (hereafter referred to as "Plaintiff") as the correct Plaintiff.

 ☒ No.

 ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

 ☒ No.

 ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

 ☒ No.

 ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

 ☒ No.

 ☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

 ☒ No.

 ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action: Tournament Players Club at Sawgrass, LLC ("TPC Sawgrass"); PGA TOUR Investments Finance, LLC (parent of TPC Sawgrass); PGA TOUR Golf Course Properties, LLC (parent of TPC Sawgrass); PGA TOUR Holdings, Inc. (parent of TPC Sawgrass); PGA TOUR Enterprises, LLC (named Defendant); PGA TOUR Enterprises Holding Co., LLC (parent of named Defendant); PGA TOUR, Inc. (parent of named defendant).

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

214111926_1

    ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☐    No.

    ☒    Yes, and this is the entity: Tournament Players Club at Sawgrass, LLC ("TPC Sawgrass"), which is the proper Defendant. PGA TOUR Enterprises, LLC never employed Plaintiff and, is therefore, not an appropriate Defendant in this employment discrimination case. Rather, Plaintiff was employed by TPC Sawgrass. Counsel for Defendant has asked counsel for Plaintiff to amend the Complaint to name TPC Sawgrass as the correct Defendant.

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒    Yes.

Dated: December 3, 2025.

                       MCGUIREWOODS LLP

                       */s/ Cameron G. Kynes*
                       Thomas R. Brice
                       Florida Bar No. 0018139
                       tbrice@mcguirewoods.com
                       Cameron G. Kynes
                       Florida Bar No. 0116711
                       ckynes@mcguirewoods.com
                       50 North Laura Street, Suite 3300
                       Jacksonville, Florida 32202
                       Telephone: (904) 798-2629
                       Facsimile: (904) 360-6335

                       *Attorneys for PGA TOUR, Inc.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 3, 2025, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Brandon J Hill, Esq.
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
bhill@wfclaw.com

Hannah E. Debella, Esq.
Wenzel Fenton Cabassa P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
hdebella@wfclaw.com

                       */s/ Cameron G. Kynes*
                            Attorney